# COMPRESSION TECHNOLOGY SOLUTIONS, LLC, Plaintiff–Appellant,

·v.

# EMC CORPORATION, Defendant–Appellee,

and

# Netapp, Inc., Defendant–Appellee,

and

# Quantum Corp., Defendant–Appellee.

No. 2013–1513.

United States Court of Appeals, Federal Circuit.

March 10, 2014.

Rehearing En Banc Denied

May 27, 2014.*

Paul A. Lesko, Simmons Browder Gianaris Angelides & Barnerd, LLC, of Alton, IL, argued for plaintiff-appellant. With him on the brief was Sarah S. Burns.

Clement S. Roberts, Durie Tangri, LLP, of San Francisco, CA, argued for all defendants-appellees. With him on the brief were Mark A. Lemley, Durie Tangri LLP, for Quantum Corporation; Jesse J. Jenner and Khue V. Hoang, Ropes & Gray, LLP, of New York, New York, for EMC Corporation; and Gregory S. Bishop and Thomas F. Fitzpatrick, Pepper Hamilton, LLP,

* Circuit Judge Chen did not participate.

of Redwood City, CA, and Douglas B. Luftman, Netapp, Inc., of Sunnyvale, CA, for NetApp, Inc.

PROST, MAYER, and CHEN, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**